Argued and submitted March 25, affirmed April 28, petition for review denied September 17, 2010 (349 Or 57)

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JORDAN MICHAEL LESNIEWSKI,
*Defendant-Appellant.*

Washington County Circuit Court
D077222M; A138572

229 P3d 646

Ernest G. Lannet, Senior Deputy Public Defender, argued the cause for appellant. On the brief were Peter Gartlan, Chief Defender, and Brandon G. Williams, Deputy Public Defender, Office of Public Defense Services.

Greg Rios, Assistant Attorney General, argued the cause for respondent. On the brief were John R. Kroger, Attorney General, Jerome Lidz, Solicitor General, and Christina M. Hutchins, Senior Assistant Attorney General.

Before Schuman, Presiding Judge, and Wollheim, Judge, and Rosenblum, Judge.

PER CURIAM